UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>             Plaintiff,<br><br>     v.<br><br>VILLA,<br><br>             Defendant. | No. 1:20-cv-00480-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVOKING *IN FORMA PAUPERIS* STATUS, AND DIRECTING PAYMENT OF FILING FEE<br><br>(Doc Nos. 7, 9)<br><br>30-DAY DEADLINE |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2020, the assigned magistrate judge issued an order granting plaintiff's application to proceed *in forma pauperis* ("IFP"), pursuant to 28 U.S.C. § 1915, and directing the California Department of Corrections and Rehabilitation ("CDCR") to collect the required filing fee payments from plaintiff's inmate trust account and forward them to the Clerk of the Court. (Doc. No. 7.)

On July 1, 2020, the magistrate judge issued findings and recommendations, recommending that plaintiff's IFP status be revoked because, prior to filing suit, plaintiff had accrued more than three "strike" dismissals under 28 U.S.C. § 1915(g).  (Doc. No. 9.)  The magistrate judge further found that the allegations in plaintiff's complaint failed to show that he

was under imminent danger of serious physical injury at the time he filed suit. (*Id.* at 2.) Plaintiff filed objections to the findings and recommendations on August 14, 2020. (Doc. No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. The magistrate judge correctly found that four of plaintiff's prior cases were dismissed as frivolous or for failure to state a claim on which relief can be granted, and thus count as strikes, and that plaintiff's allegations fail to show that he was under imminent danger of serious physical injury when he filed his complaint. In his objections, plaintiff appears to restate the allegations from his prior cases (*see* Doc. No. 13), but he does not meaningfully dispute the magistrate judge's findings that his prior dismissals are strikes under section 1915(g) or that he failed to show he was under imminent danger at the time he filed his complaint in this action.

Accordingly,

1. The findings and recommendations issued on July 1, 2020 (Doc. No. 9) are adopted in full;
2. Plaintiff's *in forma pauperis* status is revoked;
3. The magistrate judge's April 8, 2020 order granting plaintiff's motion to proceed *in forma pauperis* and directing CDCR to collect filing fee payments from plaintiff's inmate trust account (Doc. No. 7) is vacated;
4. <u>Within thirty (30) days</u> of the date of service of this order, Plaintiff shall pay the filing fee of $400 in full to proceed with this action;
5. Failure to pay the filing fee within the time provided will result in dismissal of this action; and,

/////
/////
/////
/////
/////

6.  The Clerk of the Court is directed to serve a copy of this order on CDCR and on the Financial Department of the U.S. District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: __**September 1, 2020**__                     /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE