UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>VILLA,<br><br>        Defendant. | No. 1:20-cv-00480-NONE-SKO (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND DENYING REMAINING MOTION AS MOOT<br><br>(Doc. No. 15) |

       Plaintiff Rogelio May Ruiz is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On September 2, 2020, the court issued an order revoking plaintiff's *in forma pauperis* status and directing plaintiff to pay the filing fee of $400 within thirty (30) days. (Doc. No. 14.) The court cautioned plaintiff that "[f]ailure to pay the filing fee within the time provided will result in dismissal of this action." (*Id.* at 2.) Plaintiff still has not paid the filing fee and the time to do so has passed.

       Plaintiff instead filed, on September 16, 2020, a motion seeking to reinstate his IFP status and for appointment of counsel. (Doc. No. 15.) Therein, plaintiff argues that the court miscalculated the numbers of prior strike dismissals he had accumulated and presents evidence purported to prove his assertion. (*Id.* at 1–3.) Having reviewed plaintiff's previously dismissed

cases and the evidence submitted regarding the nature of those dismissals, the court is *not* persuaded by plaintiff's argument and finds plaintiff's evidence to be unavailing. (*See* Doc. No. 9 at 2) (the magistrate judge analyzing four cases brought by plaintiff that were dismissed prior to the filing of this action).

Accordingly, the court orders as follows:

1. This action is DISMISSED without prejudice due to plaintiff's failure to pay the filing fee;
2. Plaintiff's pending motion to reinstate his IFP status and for appointment of counsel (Doc. No. 15) is DENIED as moot; and
3. The Clerk of the Court is DIRECTED to assign a district judge to this matter for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **December 14, 2020**

UNITED STATES DISTRICT JUDGE