UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>   v.<br><br>VILLA,<br><br>    Defendant. | Case No. 1:20-cv-00480-NONE-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>(Doc. 21) |

On December 14, 2020, the Court dismissed this action for Plaintiff's failure to pay the filing fee. (Doc. 17.) On February 9, 2021, the Court denied Plaintiff's motion for reconsideration of the order of dismissal. (Doc. 20.)

On February 25, 2021, Plaintiff filed a motion for the appointment of counsel. (Doc. 21.) Because this case is closed, the Court DENIES Plaintiff's motion as moot. The Court will not consider further filings in this closed case.

IT IS SO ORDERED.

Dated:   **February 26, 2021**              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE